UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

IN RE: JANICE CARRINGTON,　　　　　　　　CHAPTER 11

　　　　　　　　　　　　　　　　　　　　　　　CASE NO. 20-10034 (RG)

　　　　　　DEBTOR.　　　　　　　　　　　　NOTICE OF APPEARANCE

-----------------------------------X

S I R S:

　　　**PLEASE TAKE NOTICE**, that the undersigned hereby appear as counsel in the above-captioned case on behalf of The Permanent Mission of the Kingdom of The Netherlands, and request that notice of all matters arising in this case be duly served upon the undersigned attorneys whose name, address and telephone number are set forth below.

　　　**PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes, but is not limited to all orders, reports, pleadings, motions, applications, petitions, complaints, notices, demands, operating statements, plans, disclosure statements, answers and reply papers pertaining to the above captioned case.

Dated: New York, New York
　　　　June 6, 2020

　　　　　　　　　　　　　　　ADAM PAUL POLLACK.ESQ. (9833)
　　　　　　　　　　　　　　　POLLACK & SHARAN, LLP
　　　　　　　　　　　　　　　ATTORNEYS FOR:
　　　　　　　　　　　　　　　THE PERMANENT MISSION OF
　　　　　　　　　　　　　　　THE KINGDOM OF THE NETHERLANDS
　　　　　　　　　　　　　　　15 MAIDEN LANE, SUITE 1400
　　　　　　　　　　　　　　　NEW YORK, NEW YORK 10038
　　　　　　　　　　　　　　　(212) 619-5800