# JANICE CARRINGTON

**Via Express Mail**

August 15, 2020

The United States Trustee's Office
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Greg Zipes, Esq.

Re: Objection to Fee Application pursuant to General Order No. M-182
     Case No. 20-10034 (RG)

Dear Mr. Zipes:

With respect to the Application for Final Compensation and Reimbursement of Expenses in the above-referenced case, while there is no objection the Compensation of $5,040.00, I respectfully object to Reimbursement of Expenses in the amount of $1,167 requested by previous counsel, because that amount has already been paid.    Enclosed please find:

1. Telephonic Hearing for Application for Final Compensation with added requested filing fee amount of $1,167.00 for date of January 14th, 2020, on page 3;

2. January 13th, 2020, email from Mr. Shafferman to me requesting the wire transfer fee of $1,167.00;

3. TD Bank Wire Transfer Notice of Wire sent January 14th, 2020, to Shafferman & Feldman in the amount of $1,167.00; and

4. My TD Bank Account showing wire debit in the amount of $1,167 [plus wire fee] on January 14th, 2020, to Shafferman and Feldman.

Therefore, while there is no objection to Shafferman & Feldman's request for $5,040, I am herewith respectfully requesting that the $1,167 is marked as paid and not be paid again.

Thank you.

Sincerely,

Janice Carrington
cc: Shafferman & Feldman

Post Office Box 358                                                    Valley Forge, PA 19481

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:

JANICE CARRINGTON,

Debtor.

-----------------------------------------------------------x

Chapter 11

Case No.:  20-10034 (RG)

## NOTICE OF TELEPHONIC HEARING TO CONSIDER APPLICATION FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENESES

**PLEASE TAKE NOTICE**, that **a hearing will be conducted telephonically through** www.court-solutions.com, in accordance with this Court's General Order m-543 dated March 20, 2020, before **The Honorable Robert E. Grossman, United States Bankruptcy Judge, on August 25, 2020  at 10:00 am (the "Hearing Date")**, or as soon thereafter as counsel may be heard, to consider the application for allowance of final compensation for professional services rendered and reimbursement of expenses incurred, as forth below (the "Fee Application"):

| Applicant-Nature of Representation | Compensation Requested for Professional Services Rendered | Reimbursement of Expenses |
|---|---|---|
| Shafferman & Feldman, LLP (Counsel to the Debtor) | $5,040.00 (Application for Final Compensation) | $1,167.00 |

**PLEASE TAKE FURTHER NOTICE**, that to participate in the Hearing on the Hearing Date, interested parties must register on www.court-solutions.com.

**PLEASE TAKE FURTHER NOTICE**, that on or before **August 3, 2020**  the Fee Application, will be filed with Bankruptcy Court and may be examined on the Bankruptcy Court's electronic filing system on the Internet at http://www.nysb.uscourts.gov or by requesting a copy of

the Fee Application from the undersigned counsel for the Debtor at the address set forth below.

**PLEASE TAKE FURTHER NOTICE**, that any objections to the Fee Application must be in writing and shall state with particularity the grounds therefor, and, pursuant to General Order No. M-182 re: Electronic Case Filing Procedures (as amended from time to time), objections to the Fee Application (formatted with Adobe Acrobat, rider 3.0) shall be filed with the Clerk of the Bankruptcy Court, at http:// www.nysb.uscourts.gov (with a copy to Chambers), and served upon and received by Shafferman & Feldman LLP, 137 Fifth Avenue, 9th Floor, New York, New York 10010, Attn: Joel M. Shafferman, Esq.; and the United States Trustee's Office, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes, Esq. no later than 5:00 P.M. seven (7) days prior to the Hearing Date.

Dated: New York, New York
       August 2, 2020

**SHAFFERMAN & FELDMAN LLP**

By:   _/S/Joel M. Shafferman_____
      Joel M. Shafferman, Esq.
      137 Fifth Avenue, 9th Floor
      New York, New York 10010
      (212) 509-1802

Advances

| 01/14/2020 | Filing fee | 1,167.00 |
| | Filing fee | 1,167.00 |
| | Total Advances | 1,167.00 |
| | Total Current Work | 6,207.00 |
| | Balance Due | $6,207.00 |

**Plum**

| | |
|---|---|
| **From:** | Joel Shafferman <joel@shafeldlaw.com> |
| **Sent:** | Monday, January 13, 2020 8:06 PM |
| **To:** | 'Plum' |
| **Cc:** | 'barbie' |
| **Subject:** | Wiring Instructions |

Please wire sum of $1167.

See attached wiring instructions below and proposed retainer letter.


Shafferman & Feldman LLP  (Payee)

Shafferman & Feldman LLP (Account Name)

Checking

483015903133 (Account Number)

Business

026009593 (Routing Number)

Bank of America, National Association (Name of Bank)


Sincerely,

Joel Shafferman
Shafferman & Feldman LLP
137 Fifth Avenue, 9th Floor
New York, New York 10010
Phone (212) 509-1802
Fax (212) 509-1831
Email: joel@shafeldlaw.com

 **Bank**

# Domestic Wire Transfer

| | | | |
|---|---|---|---|
| **Initiator:** Elizabeth L Passalacqua | | | **Date:** 01/14/2020 |
| **Initiator's Ph #*:** (610) 254-9150 | | | **Reference Number:** 0121 |

**Approver's Name :** Aleafia J Wolfgang

**Wire Status:** Pending Branch Approval

| **Wire Amount** | **Customer's Bank Code** | **Branch Bank Code** | **Branch #** |
|---|---|---|---|
| $1,167.00 | 004-TD BANK N.A. | 004-TD BANK N.A. | 302 |

**Same Day Deposit?***

No

**Wire Type**

Wire Transfer          ☐ Check if Federal Tax Payment

**Account Type**

Personal

## ORIGINATOR

**Customer Name***

Janice Carrington

**Customer Account Number***

360475529

**Beneficiary Name***

Shafferman & Feldman Llp

**Beneficiary Account Number***

483015903133

**Beneficiary Address 1**

137 Fifth Avenue

**Beneficiary Address 2**

9th Floor

**Beneficiary City**

New York

**Beneficiary State / Zip Code**

NY 10010

**ABA Number***

026009593

**Receiving Bank Name***

BANK OF AMERICA, N.A., NY

## SPECIAL INSTRUCTIONS

**Further Credit Bank Name**


**Further Credit Comments (Max 140 Characters)**


**CUSTOMER REQUESTING**

**APPROVED BY**

_____
(Signature)

Janice Carrington

_____
(Signature)

**Notices & Disclaimers:** Placeholder for disclaimer


**Bank**
America's Most Convenient Bank®

I          STATEMENT OF ACCOUNT

JANICE CARRINGTON
DBA PLUM PROPERTIES
500 FREEDOM VIEW LN
PO BOX 358
VALLEY FORGE PA  19481

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Jan 14 2020-Feb 13 2020 |
| Cust Ref #: | 360475529-630-I-*** |
| Primary Account #: | 36-0475529 |

## Debit Card International Transaction Fee

In your previous deposit account statement we provided a notice of upcoming account changes.  The information below corrects information related to the international transaction fee assessed for Debit Card transactions.

Effective after March 15, 2020 an international transaction fee for TD debit and ATM cards will be assessed when you use a non-TD ATM located outside the U.S. or make a purchase from a merchant outside the U.S.  This fee applies whether you're physically located inside or outside the U.S.

## TD Convenience Checking

JANICE CARRINGTON
DBA PLUM PROPERTIES

Account # 36-0475529

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---:|
| Statement Balance as of 01/14 | | | 9,471.00 |
| Plus | 2 | Deposits and Other Credits | 2,000.00 |
| Less | 5 | Checks and Other Debits | 3,272.55 |
| Less | | Service Charges | 3.00 |
| Statement Balance as of 02/13 | | | 8,195.45 |

| | Total for this Period | Total Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### ACCOUNT ACTIVITY

**Transactions by Date**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---:|---:|---:|
| 01/14 | WIRE TRANSFER FEE | 25.00 | | 9,446.00 |
| 01/14 | WIRE TRANSFER OUTGOING, Shafferman & Feldman Llp | 1,167.00 | | 8,279.00 |

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO...

# USPS Tracking®

FAQs >

## Track Another Package ✛

**Tracking Number:** EJ382640709US

Remove ✕

### Scheduled Delivery by

## SUNDAY

# 16
AUGUST
2020 ⓘ

## by
### 3:00pm ⓘ

Feedback

## ✓ Delivered

August 17, 2020 at 10:28 am
Delivered
NEW YORK, NY 10014

**Get Updates** ⌄

---

**Text & Email Updates**                                              ⌄

---

**Proof of Delivery**                                                 ⌄

---

**Tracking History**                                                  ⌄

---

**Product Information**                                               ⌄

---

**See Less** ⌃