UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  

HEARING DATE: March 2, 2021  
HEARING TIME: 10:00 a.m.  

---------------------------------------------------------- x  
In re:                                                                            :     Chapter 11  
                                                                                      :  
                                                                                      :     Case No. 20-10034-RG  
JANICE CARRINGTON,                                             :  
                                                                                      :  
                                    Debtor.                            :  
---------------------------------------------------------- x  

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that motion of the United States Trustee to convert or dismiss (Dkt. No. 69) has been adjourned to March 2, 2021 at 10:00 a.m.

Dated:  New York, New York  
            January 26, 2021  

WILLIAM K. HARRINGTON  
UNITED STATES TRUSTEE  

By:    /s/ Greg M. Zipes_____  
         Greg M. Zipes  
         Trial Attorney  
         201 Varick Street, Room 1006  
         New York, New York 10014  
         Tel. No. (212) 510-0500  
         Fax. No. (212) 668-2255