UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:                                                                  Chapter 7

JANICE CARRINGTON,                                     Case No: 20-10034 (LGB)

        Debtor.

-----------------------------------------------------------x

**ORDER: (I) COMPELLING THE DEBTOR TO COMPLY WITH AN ORDER OF THE COURT; (II) DIRECTING THE DEBTOR TO TURN OVER PROCEEDS FROM THE SALE OF PROPERTY OF THE ESTATE TO THE TRUSTEE; AND (III) DIRECTING THE DEBTOR TO TURN OVER CERTAIN <u>BOOKS AND RECORDS TO THE TRUSTEE</u>**

Upon the motion ("<u>Motion</u>") [ECF No. 359][1] of Salvatore LaMonica, as interim Chapter 7 Trustee ("<u>Trustee</u>") of the estate of Janice Carrington ("<u>Debtor</u>"), seeking entry of an Order, pursuant to sections 105, 521, 541 and 542 of title 11 of the United States Code ("<u>Bankruptcy Code</u>"): (i) compelling the Debtor to comply with an Order of the Court; (ii) directing the Debtor to turn over certain proceeds from the sale of property of the estate; (iii) directing the Debtor to turn over certain books and records to the Trustee; and (iv) granting the Trustee such other and further relief as the Court may deem just and proper; and upon the Order scheduling a hearing on shortened notice of the Motion ("<u>Scheduling Order</u>") [ECF No. 361]; and upon the Affidavit of Service [ECF No. 362]; and upon the Debtor's Objection [ECF No. 367]; and there having been due and sufficient notice of the Motion and the opportunity for a hearing thereon; and no additional notice of hearing being required; and upon the hearing conducted on August 2, 2023 ("<u>Hearing</u>"); and upon the record of the Hearing, the transcript of which is incorporated by reference herein; and no additional notice or hearing being required; now, therefore, it is

---

[1]     Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

1

ORDERED that the Debtor's Objection is overruled and the Motion is granted; and, it is further

ORDERED that, within seven (7) days of entry of this Order, the Debtor is directed to fully comply with paragraph 1 of the Court's Order dated June 13, 2023 [ECF No. 337]; and, it is further

ORDERED that, within seven (7) days of entry of this Order, the Debtor is directed to turn over to the Trustee all proceeds remaining from the sale of the Florida Property as of the Conversion Date; and, it is further

ORDERED that, within seven (7) days of entry of this Order, the Debtor is directed to turn over to the Trustee all of the documents and information requested in the letter dated July 5, 2023, a copy of which is <u>Exhibit A</u> to the Motion; and, it is further

ORDERED that the relief granted in this Order is without prejudice to the Trustee's right to seek the turnover of additional documents and information from the Debtor and/or any other third parties; and, it is further

ORDERED that failure to comply with this Order may result in the issuance of such further and just Orders as the Court deems necessary including, but not limited to, contempt and the imposition of sanctions against the Debtor; and, is it further

ORDERED that service of a copy of this Order upon the Debtor by email to info@plument.com and by overnight mail to 500 Freedom View Lane, Valley Forge, Pennsylvania 19481 shall be deemed good and sufficient notice and service of this Order; and, it is further

ORDERED that the Trustee is authorized and empowered to expend such funds and execute and deliver any and all documents as are reasonably necessary to implement the terms of this Order.

Dated: August 2, 2023
      New York, New York

                                                **/s/ Lisa G. Beckerman**
                                                Hon. Lisa G. Beckerman
                                                United States Bankruptcy Judge