**LaMONICA HERBST & MANISCALCO, LLP**  
*Counsel to Salvatore LaMonica, as Trustee*  
3305 Jerusalem Avenue, Suite 201  
Wantagh, New York 11793  
Telephone: (516) 826-6500  
Holly R. Holecek, Esq.

Hearing Date: August 20, 2025 at 10:00 a.m.  
Objection Deadline: 5:00 p.m. on August 13, 2025

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
---------------------------------------------------------x  
In re:                                          Chapter 7

JANICE CARRINGTON,                              Case No.: 20-10034 (LGB)

                Debtor.  
---------------------------------------------------------x

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, on **August 20, 2025 at 10:00 a.m.**, or as soon thereafter as counsel can be heard, a hearing ("Hearing") will be held before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York ("Court"), on the following applications for allowance of compensation in connection with the sale of the real property located at 524 E. 72nd Street, Apt. 31F, New York, New York 10021 (together, "Applications"):

| **Applicant & Role** | **Date & ECF No.** | **Commission Requested** | **Expense Reimbursement Requested** |
|---|---|---|---|
| The Corcoran Group  *Real Estate Broker to the Chapter 7 Trustee* | 7/23/2025  ECF No. 490 | $18,750.00 | $0.00 |
| Compass  *Co-Broker* | 7/23/2025  ECF No. 491 | $18,750.00 | $0.00 |

**PLEASE TAKE FURTHER NOTICE** that the Applications are on file with the Clerk of the Court and may be accessed online through the Court's website at: https://www.nysb.uscourts.gov/ (a login and password to the Court's Public Access to Electronic Court Records (PACER) are required to access this information and can be obtained through the

1

PACER Service Center at http://www.pacer.gov). Requests for copies of the Applications may also be made to Holly R. Holecek, Esq. (e-mail: hrh@lhmlawfirm.com or phone: 516-826-6500).

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted by Zoom for Government® using the instructions on the Court's website, which can be found at: http://www.nysb.uscourts.gov/zoom-video-hearing-guide. If you wish to appear in the Hearing, you must register your appearance utilizing the Electronic Appearance portal located on the Court's website, which can be found at: http://www.nysb.uscourts.gov/ecourt-appearances.[1] **Appearances must be entered no later than 4 p.m. one business day prior to the Hearing.**

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be in writing, conform with the Bankruptcy Code and the Bankruptcy Rules, state with particularity the grounds therefor, and be filed with the Court no later than **5:00 p.m. on August 13, 2025** ("Objection Deadline") as follows: (i) through the Court's CM/ECF system, which may be accessed through the internet at the Court's website at https://www.nysb.uscourts.gov/, in portable document format (PDF); or (ii) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on portable media in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope to the Clerk of the Court, U.S. Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that, in the event no objections are received by the Objection Deadline, an Order may be entered without a hearing having been held.

---

[1] See the attached Procedures For All Hearings Before Judge Beckerman Being Held By Zoom Video, which may also be accessed here: http://www.nysb.uscourts.gov/sites/default/files/Judge_Beckerman_Zoom_Procedures.pdf.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned by the Trustee from time to time.

Dated: July 23, 2025
      Wantagh, New York      **LaMONICA HERBST & MANISCALCO, LLP**
                                        *Counsel to Salvatore LaMonica, as Trustee*

                             By:    *s/ Holly R. Holecek*
                                      Holly R. Holecek, Esq.
                                      A Partner of the Firm
                                      3305 Jerusalem Avenue
                                      Wantagh, New York 11793
                                      Telephone: (516) 826-6500

# PROCEDURES FOR ALL HEARINGS BEFORE JUDGE BECKERMAN BEING HELD BY ZOOM VIDEO

The Zoom video hearing (the "Hearing") held in connection with this notice will be conducted in accordance with the procedures contained herein.

With respect to Hearings that are evidentiary hearings or trials, the procedures contained herein are subject to, and do not limit, the terms of any pre-trial order, scheduling order, or other order regarding the Hearings.

These procedures have been modified to comply with the revised policy, effective September 22, 2023, of the Judicial Conference of the United States concerning the public's remote access to civil and bankruptcy proceedings (the "Revised Policy"). Under the Revised Policy, the press and other public attendees ("Public Attendees") may only receive audio access to non-evidentiary Hearings when appearing remotely. For evidentiary hearings and trials, Public Attendees may not attend via remote means and should attend in-person in the courtroom. The Revised Policy does not affect the ability of case participants (e.g., parties-in-interest and their attorneys, witnesses, and interpreters) ("Case Participants") from attending Zoom Hearings using the platform's videoconferencing features.

All Case Participants and Public Attendees that wish to attend a Zoom Hearing (whether attending remotely or in-person) must register for the Hearing through the Electronic Appearance Portal ("eCourt Appearance Tool") located on the Court's website (https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl) by the deadlines set forth in Sections 2 and 3 below.

## PROCEDURES

1. **Audio and Videoconferencing Solutions.** The Hearing shall occur virtually using both audio and videoconferencing solutions as set forth herein. The Court shall utilize Zoom for Government (for audio and video purposes). The Court shall provide the Zoom link to the list of persons registered as Case Participants pursuant to the instructions set forth in Section 2 below and a Zoom dial-in number to Public Attendees who provide notice of their attendance to the Court pursuant to the instructions set forth in Section 3 below.

2. **Hearing Attendance by Case Participants.** All Case Participants must register for the Hearing through the eCourt Appearance Tool by no later than 4:00 p.m. (ET) one business day before the Hearing. Failure to register by the specified deadline will result in the Case Participant not being admitted to the Hearing. The Court will email the Zoom link to registered Case Participants after 4:00 p.m. (ET) one business day before the Hearing. Parties are strictly forbidden from circulating or sharing the Zoom link.

3. **Hearing Attendance by Public Attendees.** All Public Attendees who wish to dial-in to a Hearing where testimony is not expected must register for the Hearing through the eCourt

1

Appearance Tool by no later than 4:00 p.m. (ET) one business day before the Hearing. Failure to register by the specified deadline will result in the Public Attendee not being admitted to the Hearing. The Court will email the Zoom dial-in information to registered Public Attendees prior to the Hearing. Registered Public Attendees are strictly forbidden from circulating or sharing the Zoom dial-in information. Because Public Attendees cannot dial in to a Hearing where testimony is expected, Public Attendees may attend such a Hearing in person in the courtroom.

4. **Courtroom Formalities.** Although being conducted using audio and videoconferencing on Zoom, the Hearing constitutes a court proceeding, and any recording other than the official court version is prohibited. No participant or attendee of the Hearing may record images or sounds of the Hearing from any location. All parties appearing before the Court must situate themselves in such a manner as to be able to view the video screen and be seen by the Court. For purposes of this Hearing, the parties must observe the formalities of a courtroom.

5. **Submission of Exhibits and Demonstratives to Court.** If any of the parties intend to offer any exhibits at the Hearing or use any demonstratives at the Hearing, such party shall provide the Court (and file on ECF) a copy of the exhibits or demonstratives it will seek to use during the Hearing (either by offering it in evidence or using it for demonstrative purposes) no later than the deadline set forth in Judge Beckerman's Chambers Rules or the applicable scheduling or pre-trial order but in any event at least 24 hours before the Hearing.

6. **Checking in for Hearing.** Because of the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing must connect to the Hearing beginning half an hour before the scheduled start of the Hearing and no later than ten minutes before the Hearing start time. Failure to connect to the Hearing at the indicated time may result in significant delays to the start of the Hearing. When signing into Zoom for Government, participants must type in the first and last name that will be used to identify them at the hearing, and the party they represent (i.e., Jane Doe, Debtor's Counsel). Participants who type only their first name, a nickname, or initials will not be admitted into the hearing. When seeking to connect for video participation in a Zoom for Government hearing, participants will first enter a waiting room in the order in which the participants seek to connect. Court personnel will admit each person to the Hearing from the waiting room after confirming the person's name (and telephone number, if a telephone is used to connect) provided to the Court in accordance with Sections 2 and 3 above. You may experience a delay in the waiting room before you are admitted to the Hearing. Once admitted, please turn off your video and mute the microphone on Zoom until the Court calls your matter.

7. **Retention of Jurisdiction.** The Court retains jurisdiction with respect to all matters arising from or related to these procedures.